1038

THE STATE OF WASHINGTON, *Respondent*, v. MARK ALLEN HYSLOP, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 95-1-00747-6, Steven J. Mura, J., entered September 11, 1997. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. HECTOR JAVIER MARTINEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-05679-1, Michael J. Fox, J., entered August 5, 1997. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. MARIO S. MARTINEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-04273-5, Bobbe J. Bridge, J., entered September 30, 1997. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. DELORES A. BELASH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-07939-6, Donald D. Haley, J., entered March 30, 1998. *Affirmed in part* and *remanded* by unpublished per curiam opinion.